NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000325**
**27-FEB-2019**
**09:45 AM**

NO. CAAP-15-0000325

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JIJUN YIN, Plaintiff-Appellant,
v.
P.I. AGUIAR, AS PERSONAL REPRESENTATIVE OF
VIRGINIO C. AGUIAR, JR., DECEASED, KEVIN AGUIAR
and AGEE, INC., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-0331)

ORDER OF CORRECTION
(By: Ginoza, Chief Judge, for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order in case number CAAP-15-0000325, filed on February 27, 2019, is hereby corrected as follows:

1. At page 1, in the eighth line of the caption, "Circuit" is added to the court name so that the caption reads as follows:

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT

---

[1] Ginoza, Chief Judge, Fujise and Reifurth, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, February 27, 2019.

FOR THE COURT:

Chief Judge